UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:00-cr-00110-PMP-LRL |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| JEFFREY ALAN JAMES, ) | |
| ) | |
| Defendant. ) | |

## CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on 1/25/2002. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:** US BANK
CORPORATE SECURITY PAYMENTS
PO BOX 650
MILWAUKEE, WI, 53278-0650
**Amount of Restitution:** $7,941.00

**Name of Payee:** NEVADA STATE BANK
FINANCIAL CRIMES UNIT
ATTN: FRAUD RESTITUTION
7860 BINGHAM JCT. BLVD
MIDVALE, UT 84047
**Amount of Restitution:** $4,620.00

...
...

| | |
|---|---|
| **Name of Payee:** | BANK OF AMERICA |
| | ATTN: CORPORATE SECURITY |
| | CA6-921-02-04 |
| | 450 AMERICAN ST |
| | SIMI VALLEY, CA 93065 |
| **Amount of Restitution:** | $7,845.00 |
| | |
| **Name of Payee:** | NEVADA STATE BANK |
| | FINANCIAL CRIMES UNIT |
| | ATTN: FRAUD RESTITUTION |
| | 7860 BINGHAM JCT. BLVD |
| | MIDVALE, UT 84047 |
| **Amount of Restitution:** | $5,049.00 |
| | |
| **Name of Payee:** | CITIBANK |
| | RESTITUTION |
| | PO BOX 769033 |
| | SAN ANTONIO, TX 78245 |
| **Amount of Restitution:** | $8,000.00 |

**Total Amount of Restitution ordered: $33,455.00\***

*The Restitution amount of $33,455.00 does not include any payments receipted by the Court.

Dated this \_\_\_14th\_\_\_ day of May, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE